DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMANTHA CHEZ-MAGBANUA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3186

[August 13, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. 18003070CF10A.

Carey Haughwout, Public Defender, and Virginia Murphy, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and ARTAU, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*